## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARK H. WILLIS**                                                                                   **PLAINTIFF**

**v.**                                   Case No. 4:16-cv-833 KGB

**ARKANSAS STATE POLICE**                                                        **DEFENDANT**

## ORDER

Before the Court is defendant Arkansas State Police's ("ASP") motion to dismiss (Dkt. No. 4). The ASP moved to dismiss plaintiff Mark Willis' original complaint. Mr. Willis has filed an amended complaint (Dkt. No. 6). The ASP filed an answer to Mr. Willis' amended complaint (Dkt. No. 11). Therefore, the Court denies as moot the ASP's motion to dismiss Mr. Willis' original complaint (Dkt. No. 4).

So ordered this 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge