IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK H. WILLIS                                              PLAINTIFF

v.                      Case No. 4:16-cv-00833-KGB

ARKANSAS STATE POLICE                               DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendant Arkansas State Police's motion for summary judgment (Dkt. No. 16). Plaintiff Mark H. Willis' claims are dismissed with prejudice.

So adjudged this 13th day of August, 2018.

                                                             Kristine G. Baker
                                                             United States District Judge